UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Fives St Corp.,

                Plaintiff,      Case No. 22-cv-12683

v.                                Judith E. Levy
                                 United States District Judge

Allied World Surplus Lines
Insurance Company,         Mag. Judge Anthony P. Patti

                Defendant.

_____/

## ORDER STRIKING DEFENDANT'S
## MOTION FOR RULE 37(b)(2)(A) SANCTIONS [21]

     The Court has reviewed Defendant Allied World Surplus Lines Insurance Company's motion for Rule 37(b)(2)(A) sanctions. (ECF No. 21.) The Court strikes that document for the following reason(s):

☒ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

☐ Wrong font size or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☐ Over-length. *See* E.D. Mich. LR 7.1(d)(3).

☐ Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☐ Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☐ Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2.

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☒ Other: Non-compliance with the Court's Practice Guidelines regarding discovery disputes. *See Judge Judith E. Levy*, United States District Court for the Eastern District of Michigan, https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=44 (last visited Aug. 7, 2023).

The document (ECF No. 21) is STRICKEN and not part of the record.

IT IS SO ORDERED.

Dated: August 7, 2023          s/Judith E. Levy
   Ann Arbor, Michigan         JUDITH E. LEVY
                               United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's

ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 7, 2023.

s/ Lisa Bartlett for William Barkholz
WILLIAM BARKHOLZ
Case Manager
